■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v TIMOTHY GRIFFIN, Defendant. [46 NYS3d 804]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Richmond County, rendered April 28, 2015.

Ordered that the application is denied.

The defendant has not established his entitlement to the

relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Eng, P.J., Dillon, Leventhal and Chambers, JJ., concur.